UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
AMY MECKELER,

                Plaintiff,

vs.

CORNELL UNIVERSITY, NEW YORK STATE
COLLEGE OF HUMAN ECOLOGY, and
RACHEL DUNIFON,

                Defendants.
-------------------------------------------------------------------- x

**STIPULATION OF DISMISSAL**

Civil Action No. 3:23-cv-00773

**IT IS HEREBY STIPULATED**, by and between the undersigned, the parties to this action, pursuant to FRCP 41(a)(1)(A)(ii), that whereas no party hereto is an infant, incompetent or person for whom a guardian has been appointed, that this action should be dismissed with prejudice, and that all parties shall bear their own costs and attorney's fees. This Stipulation may be presented to the Court without further notice.

Dated: December 17, 2025

By: */s/ Ryan Woodworth*
HORN WRIGHT, LLP
Ryan C. Woodworth, Esq.
*Attorney for Plaintiff*
16 W. Main Street, Suite 210
Rochester, NY 14614

By: /s/ *Conrad R. Wolan*
Conrad R. Wolan, Esq.
*Attorney for Defendants*
118 Sage Place
Ithaca, NY 14850

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: December 30, 2025